PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.                                                      **Docket # 8:12CR32**

Howard Schwartz

On June 21, 2011, Howard Schwartz was sentenced to five years probation. The period of probation commenced on June 21, 2011. Howard Schwartz has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Howard Schwartz be discharged from supervision.

Respectfully submitted,

Alicia A. Friedman  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 27th day of June, 2012.

The Honorable Laurie Smith Camp  
Chief United States District Judge